# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Transgender Icon : Mrs. EyeKeyla My. Carruthers
3Washington DOC # 1224104

*[You are the **PLAINTIFF**, print your full name on this line.]*

Elkhart County Correctional Complex (ECCC)
v. Elkhart County Jail (ECJ)

DEButy : Fritzgerald

*[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

-FILED-
SEP - 8 2022
At ______ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number 3:22-cv-754

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Elkhart County Correctional Complex (ECCC) | 26861 CR26 Elkhart IN. 46517 |
| 2 | *[Put the names of any other defendants in these boxes.]* Elkhart County Jail (ECJ) | 26861 CR26 Elkhart IN. 46517 |
| 3 | DEBUTY : Fritzgerald | 26861 CR26 Elkhart IN. 46517 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 3
2. What is the name and address of your prison or jail? Elkhart County Jail (ECJ) - 26861 CR26 Elkhart In. 46517
3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: ______
4. On what date did this event occur? July 1, 2022

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. Elkhart County Jail -(ECJ); Elkhart County Correctional Complex-(ECCC); Discrimination; 8th/admendment; 14th amendment; 4th/admendment; 5th admendment; 1st admendment; Delibrate Indifference; Defamed; Neglect of Property; Neglect of legal documents; Neglect of Detainee Rights of Civil law; Hazard-Safety, health, and Welfare Neglect.

#2 My life: I fear;
I fear for my life at St. Joseph County Jail (SJCJ) I fear for my Safety at SJCJ.
I fear for my health at SJCJ.
I fear for my Well being at SJCJ.

#3 I fear But also I Continued to Be deprived By Elkhart County Jail (ECJ) I put a Administrative Remedy for these Matters. The ECJ & ECCC has opened up a Target of Munipalation, Fabrication, and concentration for me to stand proudly with all the cylce abuse I put in writ about the obvious and how ECJ & ECCC has Mistreated me 1st/ofc. KOEPPLE Breaks my Index finger Right hand; 2nd Discrimination has Been Successful

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

and Valid Venue, to properly file a strong Merit Claim with Factual Evidence from Footage Cameras at ECCC & ECJ. My Legal property has Been Fabricated to Be lost I put in writ for all the property sense 2019 to Be Rest for Relief. 5 million United states of America Currency. punitive damage Relief.

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: ______

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because Copies Sent To Internal affairs & ECCC administration of 26861 CR26 ELKHART Indiana 46517

8. If you win this case, what do you want the court to order the defendant(s) to do?
*[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

MS. FRitzgerAld To Be Terminated Do to Legal documents Being Leeked. 5million United States of American Currency of punitive damage Relief.

*[Initial Each Statement]*

EMCW I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EMCW I will keep a copy of this complaint for my records.
EMCW I will promptly notify the court of any change of address.
EMCW I **WILL NOT** send more than one copy of any filing to the court.
EMCW I **WILL NOT** send summons, USM-285, or waiver forms to the clerk.
EMCW I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 07/01/2022 at 9 am/pm.
*[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]*

Mrs. EyEKeri IAMy CARRuthers Washington
Signature

cc# 22404
Prisoner Number

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*